UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
:
YACHI CHEN,                            :    08 CV 2499 (GEL)
                Plaintiff,   :
:
   -against-                          :
:
NEW YORK UNIVERSITY,                   :    AFFIDAVIT
NEW YORK UNIVERSITY SCHOOL             :    OF SERVICE
OF MEDICINE and WENBIAO GAN,           :
:
                Defendants.  :
:
------------------------------------------------------x

STATE OF NEW YORK     )
                          S.S.:
COUNTY OF NEW YORK    )

    MANA BARARI, being duly sworn, deposes and says, that deponent is over 18 years of age and is not a party to the action.

    That on the 26th day of March 2008, at approximately the time of 3:00 p.m., I served a true copy of the SUMMONS and COMPLAINT upon Cathy Dawe, Esq. of the New York University Office of Legal Counsel, attorney for defendants New York University, New York University School of Medicine and Wenbiao Gan (the "Defendants") herein. Service was made by hand on Ms. Dawe at the New York University Office of Legal Counsel, Elmer Bobst Library (11th Floor), 70 Washington Square South, New York, New York 10012, by personally delivering and leaving the same with Cathy Dawe, Esq. a person of suitable age and discretion who has represented to counsel for plaintiff herein that she is authorized to accept service of the SUMMONS and COMPLAINT on behalf of Defendants.

Ms. Dawe is a white female, approximately 5 feet 6 inches tall, with brown hair and brown eyes.

_____
Mana Barari

Sworn to before me this
27th day of March, 2008

_____
Notary Public

ROBERT LEVY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02LE6013160
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES ON SEPT. 8, 20 10