UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
YACHI CHEN,                                                 :

                            Plaintiff,    :

                                                       **Case No.: 08 CV 2499 (GEL)**

               - against -                          :

                                                         **Rule 7.1 Statement**

NEW YORK UNIVERSITY, NEW YORK             :
UNIVERSITY SCHOOL OF MEDICINE and
WENBIAO GAN,                                                :

                            Defendants.   :
------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants New York University, New York University School of Medicine and Wenbiao Gan (private non-governmental parties) certifies that neither New York University nor New York University School of Medicine have corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated:  New York, New York
           April 8, 2008

                                                  TARTER KRINSKY & DROGIN LLP
                                                  *Attorneys for Defendants*

                                                  By: _____
                                                       Richard L. Steer (RS-0300)
                                                       1350 Broadway, 11th Floor
                                                       New York, New York 10018
                                                       (212) 216-8000