UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

YACHI CHEN,

         Plaintiff,

  - against -

NEW YORK UNIVERSITY, NEW YORK
UNIVERSITY SCHOOL OF MEDICINE and
WENBIAO GAN,

         Defendants.

-------------------------------------------------------------x

Case No.: 08 CV 2499 (GEL)

**STIPULATION AND ORDER**

  IT IS HEREBY STIPULATED AND AGREED by and between YACHI CHEN ("Plaintiff") and NEW YORK UNIVERSITY, NEW YORK UNIVERSITY SCHOOL OF MEDECINE and WENBIAO GAN (collectively referred to herein as "Defendants") that Defendants' time to move, answer or otherwise respond to the complaint in this matter is extended from April 15, 2008, to and including May 15, 2008.

  This is the first request for an extension of the deadline.

Dated: New York, New York
   April 8, 2008

BANTLE & LEVY LLP
*Attorneys for Plaintiff*

By: _____
  Robert L. Levy (RL-1633)
  817 Broadway
  New York, New York 10003
  (212) 228-9666

TARTER KRINSKY & DROGIN LLP
*Attorneys for Defendants*

By: _____
  Richard L. Steer (RS-0300)
  1350 Broadway, 11th Floor
  New York, New York 10018
  (212) 216-8000

Dated: Brooklyn, New York
   April _8_, 2008

SO ORDERED:

_____
U.S.D.J.
4/10/08

00128706.DOC