# TARTER KRINSKY & DROGIN LLP
ATTORNEYS AT LAW



July 2, 2008



**Via Facsimile (212-805-0436)**
Honorable Gerard E. Lynch
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

DATE FILED: 7/3/08

      **Re:**   **Yachi Chen v. New York University, et al.**
           **08 CV 2499 (GEL)**

Your Honor:

      We represent the defendants in the above-referenced action and are writing this letter, by telefax with permission of Your Honor's Chambers, to request a brief extension of the deadline set by Your Honor for submission of a scheduling order or confirmation that the parties would be proceeding to a JAMS mediation herein.  This letter is submitted on behalf of plaintiffs' and defendants' counsel.  Lee F. Bautle of the firm Bautle & Levy, LLP, attorneys for plaintiffs, joins in this letter.

      At the preliminary conference before Your Honor, on June 19, 2008, Your Honor directed that we advise the Court by tomorrow whether the parties have agreed to go to mediation.  In the event the parties did not agree to mediate, Your Honor directed that we submit a scheduling order tomorrow.

      We have spoken with our respective clients regarding mediation, and plaintiff has requested additional time to consider whether to agree to mediation herein.

      Accordingly, we jointly request that Your Honor grant us <u>an extension to and including July 9, 2008,</u> to either advise Your Honor that <u>the parties have agreed to participate in a JAMS mediation</u> with a view towards resolving the entire action, and the date for same, <u>or to file a scheduling order,</u> consistent with Your Honor's rules.

                        \***SO ORDERED**

                      GERARD E. LYNCH, U.S.D.J.

                      7/3/08

**NEW YORK OFFICE:**
1350 BROADWAY
NEW YORK, NY 10018
TEL: 212. 216. 8000
FAX: 212. 216. 8001

**NEW JERSEY OFFICE:**
475 WALL STREET
PRINCETON, NJ 08540
TEL: 609. 683. 9494
FAX: 609. 683. 7490

MAIL@TARTERKRINSKY.COM
WWW.TARTERKRINSKY.COM

00142186

Honorable Gerard E. Lynch
July 2, 2008
Page 2

Thank you for your attention to this matter.

Respectfully submitted,

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendants*

By: _Richard L. Steer_
Richard L. Steer (RS 0300)

RLS/ph

cc:    Lee F. Bautle, Esq.
       Bautle & Levy, LLP (via email Bautle@civilrightsfirm.com)